United States District Court
for the District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  05-456 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Order of Reassignment |
| JERMAINE JOHNSON | : | |
| | : | |
| Defendant | : | |
| | : | |

It is on this 18th day of June 2008,

O R D E R E D that the entitled action is reassigned

from Judge William G. Bassler  to Judge Peter G. Sheridan.


_____S/Garrett E. Brown, Jr._____
Garrett E. Brown, Jr., Chief Judge
United States District Court