PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jermaine Johnson                            Cr.: 2:05cr456-01
                                                              PACTS Number: 42391

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Newly assigned Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: 09/12/05

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 58 months imprisonment followed by 3 years supervised release. $100 Special assessment imposed. Special conditions: 1) Drug testing and treatment; 2) alcohol testing and treatment; and, 3) DNA collection.

Type of Supervision: Supervised Release                       Date Supervision Commenced: 12/04/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE  (50 hours)

You shall contribute 50 hours of community service work over a period of six months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On November 11, 2010, Johnson was arrested for outstanding motor vehicle warrants by Jersey City police officers. At the time of the arrest, Johnson was accompanied by Maurice Newton, a known convicted felon. Pursuant to the standard conditions of supervised release, Johnson is not to associate with any person convicted of a felony unless granted to do so by the probation officer. Johnson did not seek permission, nor was he authorized to associate with Maurice Newton.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 12/03/10

PROB 12B - Page 2
Jermaine Johnson

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____12/7/10_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE (50 hours)

You shall contribute 50 hours of community service work over a period of six months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Adriana Garcia

Signed: _____
Probationer or Supervised Releasee
Jermaine Johnson

11/19/2010
DATE