PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
FEB 2 2 2011
AT 8:30_____M
WILLIAM T. WALSH CLERK

**Name of Offender:** Jermaine Johnson  
**Docket Number:** 05-00456-001  
**PACTS Number:** 42391

**Name of Sentencing Judicial Officer:** Honorable William G. Bassler

**Name of Newly Assigned Judicial Officer:** Honorable Peter G. Sheridan

**Date of Original Sentence:** 09/08/2005

**Original Offense:** Unlawful Possession of a Firearm by a Convicted Felon

**Original Sentence:** 58 months imprisonment followed by 3 years supervised release. $100 special assessment. Special conditions: 1) drug and alcohol testing and treatment; and, 2) DNA collection.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 12/04/09

**Assistant U.S. Attorney:** Philip James Degnan, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Francis Cutruzulla, 559 Newark Avenue, Jersey City, New Jersey 07306 (201) 459-1616

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On February 21, 2011, Johnson was arrested by members of the Jersey City Police Department Narcotics Squad, and charged with the following offenses: 1) Possession of a Controlled Dangerous Substance (CDS); 2) Possession of CDS with Intent to Distribute; 3) Possession of CDS with Intent to Distribute within 1,000 feet of School Property; 4) Possession of CDS with Intent to Distribute within 500 feet of Public Park or Housing; 5) two counts of Possession of a Firearm for an Unlawful Purpose; 6) two counts of Unlawful Possession of a Firearm; 7) two counts of Committing a Drug Offense while in Possession of a Firearm; 8) two counts of Certain Persons not to have Weapons; 9) two counts of Possession of Certain Bullets; and, 10) Prohibited Weapons and Devices. Johnson is scheduled to appear in Hudson County Superior Court on February 23, 2011. Bail is set at $150,000, cash only, with a source of funds hearing. |

PROB 12C - Page 2
Jermaine Johnson

2. The offender has violated the mandatory supervision condition which states 'Possession of a controlled substance'

On February 21, 2011, Johnson was arrested by members of the Jersey City Police Department Narcotics Squad, and charged with the following drug related offenses: 1) Possession of a Controlled Dangerous Substance (CDS); 2) Possession of CDS with Intent to Distribute; 3) Possession of CDS with Intent to Distribute within 1,000 feet of School Property; and, 4) Possession of CDS with Intent to Distribute within 500 feet of Public Park or Housing.

3. The offender has violated the mandatory supervision condition which states 'The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.'

On February 21, 2011, Johnson was arrested by members of the Jersey City Police Department Narcotics Squad, and charged with the following weapons offenses: 1) two counts of Possession of a Firearm for an Unlawful Purpose; 2) two counts of Unlawful Possession of a Firearm; ) two counts of Committing a Drug Offense while in Possession of a Firearm; 8) two counts of Certain Persons not to have Weapons; 9) two counts of Possession of Certain Bullets; and, 10) Prohibited Weapons and Devices.

4. The offender has violated the standard supervision condition which states 'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'

Johnson has been unemployed since May 2010 and has not been excused from employment for any acceptable reason.

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 2/22/11

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/22/11
_____
Date